1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                                NORTHERN DISTRICT OF CALIFORNIA

10                                        SAN JOSE DIVISION

11

12   MONICA O'CONNELL, an Indiana citizen;          Case No.  5:14-cv-02660 HRL
     AND SEAN O'CONNELL, an Indiana
13   citizen,                                        **ORDER TO SHOW CAUSE RE
                                                     SANCTIONS AND DISMISSAL**
14                  Plaintiffs,

15         v.

16   NARCONON OF NORTHERN
     CALIFORNIA d/b/a NARCONON
17   REDWOOD CLIFFS; ASSOCIATION FOR
     BETTER LIVING AND EDUCATION
18   INTERNATIONAL; NARCONON
     INTERNATIONAL and DOES 1-100, ROE
19   Corporations I – X, inclusive,

20                  Defendants.

21         A case management conference was set for March 31, 2015.  Plaintiffs made no

22   appearance.  Nor did they file any status report.  Accordingly, plaintiffs' lead counsel shall appear

23   in person before this court on April 7, 2015, 10:00 a.m. in Courtroom 2, Fifth floor of the United

24   States District Court, 280 South First Street, San Jose, California and show cause why counsel

25

26

27

28

United States District Court
Northern District of California

should not be sanctioned or why this case should not be dismissed for failure to prosecute.

SO ORDERED.

Dated:   March 31, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

5:14-cv-02660-HRL Notice has been electronically mailed to:

David Evan Miller      david@sllawfirm.com

Ryan Andrew Hamilton      ryan@hamlegal.com, notices@hamlegal.com