UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONICA O'CONNELL, an Indiana citizen; AND SEAN O'CONNELL, an Indiana citizen,<br><br>Plaintiffs,<br><br>v.<br><br>NARCONON OF NORTHERN CALIFORNIA d/b/a NARCONON REDWOOD CLIFFS; ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; NARCONON INTERNATIONAL and DOES 1-100, ROE Corporations I – X, inclusive,<br><br>Defendants. | Case No.  5:14-cv-02660 HRL<br><br>**ORDER (1) DISCHARING ORDER TO SHOW CAUSE RE SANCTIONS AND (2) SETTING STATUS CONFERENCE** |

This matter is set for a status conference on **June 16, 2015, 1:30 p.m.**, Courtroom 2, Fifth Floor, United States District Court, 280 South First Street, San Jose, California.  A status report shall be filed no later than **June 9, 2015**.  The deadline for plaintiffs to serve defendant Narconon of Northern California d/b/a Narconon Redwood Cliffs[1] is extended to **June 9, 2015**.  The court's

---

[1] The other named defendants have been voluntarily dismissed.

1   March 31, 2015 order to show cause re sanctions or dismissal is discharged.

2       SO ORDERED.

3   Dated:   April 7, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:14-cv-02660-HRL Notice has been electronically mailed to:

David Evan Miller   david@sllawfirm.com

Ryan Andrew Hamilton   ryan@hamlegal.com, notices@hamlegal.com